COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| TEXAS DEPARTMENT OF TRANSPORTATION/STATE OF TEXAS, | § | No. 08-15-00045-CV |
| | § | Appeal from the |
| Appellant, | § | |
| | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| MARTINA JACKSON, | § | (TC# 2009-4329) |
| Appellee. | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **August 28, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita Robles, Court Reporter for the 448th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **August 28, 2015.**

IT IS SO ORDERED this 30th day of July, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.